UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-01154-JAK-SSC                    Date: June 1, 2026

Title      Wallace Mitchell v. C. Lepe, et al.


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


               Teagan Snyder                          n/a
              Deputy Clerk                    Court Reporter / Recorder


   Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
            None Present                          None Present


**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**


On August 16, 2024, *pro se* Petitioner Wallace Mitchell filed an action in state court for a writ of mandamus.  (ECF 1.)  Respondents removed the case to federal court on March 12, 2026.  (*Id.*)  On March 20, 2026, Respondent filed a motion to dismiss the petition.  (ECF 5.)  The Court granted Petitioner's motion for extension of time to file an opposition or non-opposition to the motion to dismiss, and Petitioner was required to submit his filing no later than May 28, 2026.  (ECF 8.)  The deadline to file Petitioner's opposition or non-opposition has passed and the Court has not received any filing from Petitioner.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **June 22, 2026**, why this action should not be dismissed for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01154-JAK-SSC                     Date: June 1, 2026

Title      Wallace Mitchell v. C. Lepe, et al.

failure to prosecute and/or comply with a court order.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **June 22, 2026**.

If Petitioner files an opposition or non-opposition to the motion to dismiss by **June 22, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file timely a response to this order to show cause, or an opposition or non-opposition to the motion to dismiss, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

|  | : |
| --- | --- |
| Initials of Preparer | **ts** |