UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-01154-JAK-SSC Date: August 19, 2026

Title Wallace Mitchell v. C. Lepe, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On August 16, 2024, *pro se* Petitioner Wallace Mitchell filed an action in state court for a writ of mandamus. (ECF 1.) Respondents removed the case to federal court on March 12, 2026. (*Id.*) On March 20, 2026, Respondent filed a motion to dismiss the petition. (ECF 5.) The Court granted Petitioner's motion for extension of time to file an opposition or non-opposition to the motion to dismiss, and Petitioner was required to submit his filing no later than May 28, 2026. (ECF 8.) After the deadline passed without Petitioner filing anything, the Court ordered Petitioner to show cause why the petition should not be dismissed for failure to prosecute and/or comply with a court order. (ECF 9.) Petitioner responded, seeking an extension of time to file an opposition or non-opposition. (ECF 10.) The Court granted the request

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:26-cv-01154-JAK-SSC Date: August 19, 2026

Title Wallace Mitchell v. C. Lepe, et al.

and extended the deadline to July 27, 2026. (ECF 11.) On July 13, 2026, Petitioner filed another request for an extension of time (ECF 12), which the Court granted (ECF 13). Petitioner was required to submit his filing no later than August 15, 2026. (ECF 13.) The deadline to file Petitioner's opposition or non-opposition has passed and the Court has not received any filing from Petitioner.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **September 8, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **September 8, 2026**.

If Petitioner files an opposition or non-opposition to the motion to dismiss by **September 8, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file timely a response to this order to show cause, or an opposition or non-opposition to the motion to dismiss, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**